# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D2025-0457

———————————————————

MELVIN B. THOMPSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————————

On appeal from the Circuit Court for Leon County.
Tiffany M. Baker-Carper, Judge.

September 10, 2025

PER CURIAM.

AFFIRMED. *See Wainwright v. State*, 411 So. 3d 392, 399–401 (Fla. 2025) ("We reject Wainwright's argument because even if *Erlinger* constitutes a change of law, it does not apply retroactively."), *cert. denied sub nom. Wainwright v. Florida*, No. 24-7365, ––– U.S. ––––, ––– S.Ct. ––––, ––– L.Ed.2d ––––, 2025 WL 1621505 (U.S. June 9, 2025).

ROWE, BILBREY, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Melvin B. Thompson, pro se, Appellant.

James Uthmeier, Attorney General, and Christina Piotrowski, Assistant Attorney General, Tallahassee, for Appellee.